STATE OF OREGON,
*Respondent,*

*v.*

RICK EDWARD BARBER,
*Appellant.*

C030233CR; A123128

140 P3d 1198

Priscilla A. Maloney filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Benjamin R. Hartman, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Brewer, Chief Judge, and Rosenblum, Judge.

PER CURIAM

Affirmed. *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006); *State v. Stickney*, 195 Or App 155, 97 P3d 1205 (2004), *rev den*, 338 Or 17 (2005).